UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE VALERIO FUNES CARRILLO,<br>Petitioner,<br>v.<br>CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, et al.,<br>Respondents. | Case No.: 3:26-cv-6135-CAB-JLB<br><br>**ORDER GRANTING A WRIT OF HABEAS CORPUS** |

Pending before the Court is Petitioner Noe Valerio Funes Carrillo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner is a Guatemalan national who entered the United States as a minor in 2018, was detained by immigration authorities, and later released to a sponsor. [Petition at 2–3.] On July 22, 2019, an immigration judge ordered Petitioner removed. [Doc. No. 5-1 at 5.] Petitioner's appeal of that order remains pending with the Board of Immigration Appeals. [*Id.*] Petitioner was recently re-detained in October 2026. [Doc. No. 5-1 at 5; Petition at 4.]

Respondents assert that Petitioner is detained pursuant to 8 U.S.C. § 1226(a) and that he is therefore entitled to a bond hearing under *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026). [Doc. No. 5.]

The Court **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases of re-detention where there is no evidence of changed

circumstances or the need for detention for purposes of removal. Respondents shall immediately release Petitioner Noe Valerio Funes Carrillo under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: November 17, 2026

Hon. Cathy Ann Bencivengo
United States District Judge